UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WARREN RIVERS, BOP #45526-298,<br><br>                              Plaintiff,<br><br>      vs.<br><br>XAVIER BECERRA, Attorney General of California, et al.,<br><br>                              Defendants. | Case No.: 3:20-CV-0580 JLS (AHG)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF THE COMPLAINT BY U.S. MARSHALS**<br><br>(ECF No. 11) |

On February 5, 2020, Plaintiff Melvin Warren Rivers, currently incarcerated at the Federal Correctional Institution, Mendota located in Mendota, California, and proceeding pro se, filed a civil rights complaint ("Compl.") pursuant to 42 U.S.C. § 1983 in the United States District Court for the Northern District of California. *See* Compl., ECF No. 1. On March 26, 2020, the case was transferred to this Court. *See* ECF No. 8.

On May 27, 2020, this Court denied Plaintiff's IFP Motion because the trust account statement he submitted indicated he could afford to pay the $400.00 filing fee and dismissed the complaint without prejudice for failing to state a claim pursuant to 28 U.S.C.

§ 1915A(b).  *See* Order, ECF No. 10.  Plaintiff was given 45 days to pay the filing fee and submit an Amended Complaint.  *Id.*

Plaintiff has now filed the present Motion asking that his complaint be served by the United States Marshals.  *See* ECF No. 11.  Because the complaint has been dismissed without prejudice, Plaintiff's motion is **DENIED** without prejudice.  Plaintiff is reminded that, to proceed with his case, he must comply with this Court's May 27, 2020 Order.

**IT IS SO ORDERED**.

Dated:  June 23, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge